FILED
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8586

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Francisco HERNANDEZ-Gale,<br><br>Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about June 29, 2008, within the Southern District of California, defendant Francisco HERNANDEZ-Gale, did knowingly and intentionally import approximately 45.72 kilograms (100.58 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Paul Lewenthal, Senior Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 30th day of June 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
           v.
Francisco HERNANDEZ-Gale

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Paul Lewenthal.

On June 29, 2008, at approximately 0925 hours, Francisco HERNANDEZ-Gale attempted to enter into the United States at the Calexico, California, West Port of Entry, from the Republic of Mexico. HERNANDEZ was the driver and sole occupant of a 2003 Chevrolet Blazer bearing Baja California, Mexico license plates BDR2345.

Customs and Border Protection Officer (CBPO) L. Garcia was conducting primary inspection duties when he encountered HERNANDEZ. HERNANDEZ and the vehicle were referred to secondary inspection for further inspection.

In secondary inspection, CBPO Tarin asked HERNANDEZ who the vehicle belonged to and where he was going. HERNANDEZ told CBPO Tarin the vehicle belonged to his brother-in-law and that he was en route to "Roberto's" to work. CBPO Tarin asked HERNANDEZ to exit the vehicle.

Canine Enforcement Officer (CEO) Alba was conducting a secondary lot inspection with his canine and inspected HERNANDEZ' vehicle. The canine gave a positive alert to the rear tires. HERNANDEZ was escorted into the secondary inspection office.

CBPO Tarin checked the vehicle tires using a "Buster". The "Buster" gave unusually high readings. CBPO Tarin punctured a tire revealing plastic wrapped packages. A contractor removed all four tires. CBPO Tarin located and removed a total of twenty-five (25) packages from the rear tires and the front passenger tire. A package was probed by CBPO Tarin revealing a green leafy substance, which field-tested positive for marijuana. The total weight of the marijuana packages was 45.72 kilograms (100.58 pounds).

HERNANDEZ was arrested for importation of marijuana into the United States. HERNANDEZ was advised of his rights, in Spanish, by Special Agent P. Lewenthal. HERNANDEZ stated he understood his rights and agreed to answer questions without the presence of an attorney. HERNANDEZ admitted knowledge of the marijuana concealed in the vehicle stating he was going to be paid $500.00 to smuggle the marijuana to Calexico, California.

HERNANDEZ was transported to the Imperial County Jail to await his Initial Appearance before a U. S. Magistrate Judge in El Centro, California.